UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DAVID DARNELL NELSON, JR.,

      Plaintiff,

v.                                                            Case No. 19-cv-510-pp

CAPTAIN GEGARE, *et al.*,

      Defendants.

_____

## ORDER DISMISSING CASE
_____

On May 4, 2021, the court ordered that if plaintiff David Darnell Nelson, Jr. wished to proceed with this case, he must provide the court with an updated address by the end of the day on June 5, 2021. Dkt. No. 47. The court noted that the plaintiff had provided a mailing address on Good Hope Road in Milwaukee, but an order the court had sent to that address was returned to the court as undeliverable. Id. at 2-3. The court explained that it had not heard from the plaintiff in nearly four months and did not know where he was. Id. at 3. The court warned the plaintiff that if he did not provide an updated address by the end of the day on June 5, 2021, or if the order was returned to the court as undeliverable, the court would dismiss the case with prejudice because the plaintiff has failed to prosecute it. Id. at 3-4 (citing Civil Local Rule 41(c)).

On May 17, 2021, the May 4, 2021 order was returned to the court as undeliverable. Dkt. No. 48. The plaintiff has not responded to the court's order or provided an updated address, and his deadline to do so has passed. This court has received nothing from the plaintiff since July 27, 2020, when it

1

Case 2:19-cv-00510-PP    Filed 06/17/21    Page 1 of 2    Document 49

received a letter from him asking about the status of his case. Dkt. No. 39. That was over ten months ago.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE** because the plaintiff has failed to prosecute it. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 17th day of June, 2021.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**